IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DANNY BLACKBURN, )
 )
      Plaintiff, )
 )
v. ) Case No. CIV-14-711-D
 )
LIFE INSURANCE COMPANY OF )
NORTH AMERICA, )
 )
      Defendant. )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the full filing fee for this action. Plaintiff has not filed a timely objection but, instead, has paid the required fee. Therefore, Plaintiff has waived further review of the issue of *in forma pauperis* status. *See United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 3] is ADOPTED, and Plaintiff's Application to Proceed in District Court Without Paying Fees or Costs [Doc. No. 2] is DENIED.

IT IS SO ORDERED this 30th day of July, 2014.

                                              TIMOTHY D. DeGIUSTI
                                              UNITED STATES DISTRICT JUDGE